# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

|  |  |  |
|---|---|---|
| CHIBUEZE C. ANAEME, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil no. 1:11-cv-00375-NT |
| v. | ) | |
| | ) | |
| MAINE BOARD OF PHARMACY, | ) | |
| et al | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision filed November 4, 2011, the Recommended Decision is affirmed.

It is therefore ORDERED that the Complaint is DISMISSED, WITH PREJUDICE, pursuant to 28 U.S.C. § 1915(e)(2)(B).

SO ORDERED.

/s/ Nancy Torresen
United States District Judge

Dated this 1st day of December, 2011.