# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| CHIBUEZE C. ANAEME, | ) <br> ) |
| Plaintiffs, | ) <br> ) Civil no. 1:11-cv-00375-NT |
| v. | ) <br> ) |
| MAINE BOARD OF PHARMACY, et al | ) <br> ) <br> ) |
| Defendants. | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision filed November 4, 2011, the Recommended Decision is affirmed.

It is therefore **ORDERED** that the Complaint is **DISMISSED, WITH PREJUDICE,** pursuant to 28 U.S.C. § 1915(e)(2)(B).

SO ORDERED.

      /s/ Nancy Torresen  
      United States District Judge

Dated this 1st day of December, 2011.